UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                       Case No. 24-30450
                                        Originating No. CR-23-02465-TUC-RM(LCK0-04

**MARK CRAYTHORN THOMPSON,**

       Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MARK CRAYTHORN THOMPSON,** to answer to charges pending in another federal district, and states:

1. On **October 22, 2024,** defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **District of Arizona based on a Superseding Indictment. Defendant is charged in that district with violation of 21 U.S.C. §846 and 841(a)(1) and (b)(1)(A)(vi) and (viii)- Conspiracy to Possess with Intent to Distribute Methamphetamine and Fentanyl.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney


        s/Jason Norwood
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Jason.Norwood@usdoj.fgov
        (313) 226-2526

Dated: October 22, 2024